## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

JAMES RAY CROOMS                    CIVIL DOCKET NO.  2:23-CV-01076

VERSUS                              JUDGE DAVID C. JOSEPH

F. MARTINEZ, JR.                    MAGISTRATE JUDGE KATHLEEN KAY

### JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 5], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that this PETITION FOR HABEAS CORPUS [Doc. 1] be DISMISSED WITH PREJUDICE.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant.  The court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, denies a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

THUS, DONE AND SIGNED in Chambers this 21st day of November, 2023.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE